

STATE OF NEW YORK

OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

June 25, 2008

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

<u>Via Fax (212)805-7925</u>
Hon. Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Perry v Stephen</u>
08CV3586 (RWS)
Pro Se

7/8/08

Dear Judge Sweet:

This letter is written on behalf of defendant, Corrections Officer Paul Stephens, employed by the New York State Department of Correctional Services ("DOCS") at Downstate Correctional Facility, respectfully to request an extension of time until July 29, 2008 to respond to the <u>pro se</u> Section 1983 civil rights complaint. Plaintiff, an inmate at Upstate Correctional Facility, alleges that excessive use of force was used against him at Downstate on January 2, 2008.

Additional time is being requested to permit our office to confer with our client and to obtain from DOCS and Downstate records necessary to enable us to prepare our response by means of an Answer or Motion to Dismiss. No previous requests have been made for such an extension. I did not obtain plaintiff's consent prior to making this application because he is incarcerated.

Respectfully submitted,

Donald Nowve
Assistant Attorney General
(212)416-8227

*[signature]*
Sweet
USDJ
7-1-08

c: Kareem S. Perry
DIN #93-A-5130
Upstate Correctional Facility
309 Bare Hill Road
Malone, New York 12953

120 Broadway, New York, N.Y. 10271-0332 ● Phone (212) 416-8610 ● Fax (212) 415-6075 • Not For Service of Papers
http://www.oag.state.ny.us