TOTAL P.02



STATE OF NEW YORK

OFFICE OF THE ATTORNEY GENERAL


RECEIVED JUL 28 2008 JUDGE SWEET CHAMBERS

**ANDREW M. CUOMO**
Attorney General

July 25, 2008

**LESLIE G. LEACH**
Executive Deputy Attorney General
Division of State Counsel

Via Fax (212)805-7925
Hon. Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**JUNE DUFFY**
Assistant Attorney General in Charge
Litigation Bureau

Re: Perry v Stephen
08CV3586 (RWS)
Pro Se

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/08

Dear Judge Sweet:

This letter is written on behalf of defendant, Corrections Officer Paul Stephens, employed by the New York State Department of Correctional Services ("DOCS") at Downstate Correctional Facility, respectfully to request a further extension of time from July 29, 2008 until August 22, 2008 to respond to the pro se Section 1983 civil rights complaint.

Additional time is being requested to permit our office to obtain from DOCS and Downstate additional records necessary to enable us to prepare our response by means of an Answer or Motion to Dismiss. Except for our initial request to set July 29th as defendant's response date, no previous requests have been made to extend that date. I did not obtain plaintiff's consent prior to making this application because he is incarcerated.

Respectfully submitted,

Donald Nowve
Assistant Attorney General
(212)416-8227

So ordered
[signature] USDJ
7.30.08

c: Kareem S. Perry
DIN #93-A-5130
Upstate Correctional Facility
309 Bare Hill Road
Malone, New York 12953

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 • Not For Service of Papers
http://www.oag.state.ny.us